# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0133. HOWARD v. GRIFFIE, JUDGE.

Lamont Howard has filed a pro se petition for mandamus, requesting that this Court order the superior court judge overseeing his civil matter in the Superior Court Clerk of Barrow County to appoint him counsel and rule on pending motions in the matter.

According to the Supreme Court of Georgia, this Court is authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, 321 Ga. 330, 335 (914 SE2d 311) (2025). Because Howard asks us to issue a writ in a matter not connected to this Court's appellate jurisdiction, the petition does not satisfy the requirements of Rule 40 (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/20/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*